UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re

    Uvaldo Portillo and
    Monica R. Portillo ,

            (Debtor(s))            No. 13-05-20587 JL

REPORT TO THE COURT ON UNCLAIMED
FUNDS DEPOSITED INTO THE COURT REGISTRY

    COMES NOW the Trustee in Bankruptcy, Kelley L. Skehen, and hereby reports to the court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee did deposit the total sum of $28.18 to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditor in the following amount(s):

| No. | Name & Address | Amount |
|---|---|---|
| 10 | NCO Financial Systems<br>1804 Washington Blvd<br>Mail Stop 500<br>Baltimore, MD 21230 | $28.18 |
|  | TOTAL | $28.18 |

        Respectfully submitted,
        electronically filed/ks/kw
        Kelley L. Skehen
        Chapter 13 Trustee
        625 Silver SW, Suite 350
        Albuquerque, NM 87102
        (505) 243-1335 Office
        (505) 247-2709 Fax